AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Board of Trustees of the Construction Industry and Laborers Health and Welfare
                Plaintiffs,

v.

Bottom Line Construction,

                Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number:  2:23-cv-00830-JCM-DJA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

the DEFAULT JUDGMENT is entered against Defendant Bottom Line Construction ("Bottom Line") for $15,639 and for Boards of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Construction Industry and Laborers Joint Pension Trust, the Construction Industry and Laborers Vacation Trust, the Southern Nevada Laborers Local 872 Training Trust.

9/7/2023
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk